```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 44689
   STEVE LANE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2120

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 10/06/2005 and was confirmed 12/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/09/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED            15857.00       2681.25      10905.80
MORTGAGE ELECTRONIC REGI  CURRENT MORTG          .00            .00           .00
MORTGAGE ELECTRONIC REGI  MORTGAGE ARRE      4802.66            .00       4802.66
CITY OF CHICAGO WATER DE  SECURED              308.00            .00        223.87
ILLINOIS DEPT OF REVENUE  PRIORITY             216.37            .00           .00
INTERNAL REVENUE SERVICE  PRIORITY            4242.24            .00           .00
ADVOCATE TRINITY HOSPITA  UNSECURED            285.00            .00           .00
AT & T WIRELESS           UNSECURED         NOT FILED            .00           .00
AFNI                      NOTICE ONLY       NOT FILED            .00           .00
CITY OF BLUE ISLAND       UNSECURED         NOT FILED            .00           .00
FIFTH THIRD BANK          UNSECURED         NOT FILED            .00           .00
NATIONAL REVENUE CORP     NOTICE ONLY       NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSECURED            917.61            .00           .00
ILLINOIS DEPT OF EMPLOYM  UNSECURED         NOT FILED            .00           .00
NEXTEL COMMUNICATIONS     UNSECURED         NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSECURED           2008.33            .00           .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED            .00           .00
TRIAD FINANCIAL CORP      UNSECURED          16865.39            .00           .00
VERIZON WIRELESS          UNSECURED         NOT FILED            .00           .00
VERIZON WIRELESS          UNSECURED         NOT FILED            .00           .00
INTERNAL REVENUE SERVICE  UNSECURED            779.58            .00           .00
CAPITAL ONE AUTO FINANCE  UNSECURED            489.04            .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED            115.80            .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,455.20                     2,455.20
TOM VAUGHN                TRUSTEE                                         1,391.22
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    22,460.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 44689 STEVE LANE
```

```
PRIORITY                                                          .00
SECURED                                                     15,932.33
     INTEREST                                                2,681.25
UNSECURED                                                         .00
ADMINISTRATIVE                                               2,455.20
TRUSTEE COMPENSATION                                         1,391.22
DEBTOR REFUND                                                     .00
                                   ----------------    ----------------
TOTALS                                   22,460.00           22,460.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```